

## IN THE DISTRICT COURT OF CANADIAN COUNTY
## STATE OF OKLAHOMA

JAMES HUMPHREY,

    Plaintiff,

vs.

(1) SCHLUMBERGER LIFT SOLUTIONS, LLC, a foreign limited liability company,

(2) PRODUCTS & LOGISTICS SERVICES, LLC d/b/a P&LS, a foreign limited liability company,

    Defendants.

FILED
MARIE HIRST COURT CLERK
CANADIAN COUNTY, OKLAHOMA

OCT 18 2018

BY _____ DEPUTY

Case No. CJ-2018- 595

CASE ASSIGNED TO:
PAUL HESSE
JUDGE: _____

### PETITION

**COMES NOW THE PLAINTIFF**, and for her cause of action herein alleges and states as follows:

1. Plaintiff is James Humphrey, an adult resident of Oklahoma County, Oklahoma.

2. Defendants are:

    (1) Schlumberger Lift Solutions, LLC, a foreign limited liability company ("Schlumberger") doing business in Canadian County, Oklahoma; and

    (2) Products & Logistics Services, LLC d/b/a P&LS, a foreign limited liability company doing business in Canadian County, Oklahoma.

1

**EXHIBIT 1**

## CLAIMS AND VENUE

3. Plaintiff's cause of action is seeking redress for Defendants' termination of Plaintiff's employment for his refusal to perform an act that is a violation of a clear mandate of public policy (i.e. a ***Burk*** Tort).

4. Most of the acts described herein occurred in Canadian County and venue is proper in this Court.

## STATEMENT OF FACTS

5. Plaintiff is a former employee of Defendant that performed work for Defendants beginning in May 2017 as a driver who used his Commercial Driver's License ("CDL").

6. The Federal Motor Carrier Safety Administration ("FMCSA"), Department of Transportation ("DOT"), and State of Oklahoma regulate the traffic safety laws, rules, and regulations for drivers who possess a CDL.

7. At all times relevant to this lawsuit, Defendants were aware that CDL drivers are required to follow FMCSA, DOT, and State of Oklahoma traffic safety laws, rules, and regulations.

8. On or about July 10, 2017, Defendants requested that Plaintiff violate traffic safety laws by requiring him to drive in excess of the 14-hour limit set forth by the traffic safety laws, rules, and regulations, which preclude

2

CDL drivers from driving in excess of fourteen (14) consecutive hours during a single shift.

9. Despite Defendants' request for Plaintiff to violation FMCSA, DOT, and State of Oklahoma traffic safety laws, rules, and regulations, Plaintiff refused.

10. On or about July 11, 2017, Plaintiff was terminated and informed that his termination was because he refused to perform his job duties the night before. Plaintiff's sole refusal to perform his purported "job duties" was his refusal to violate FMCSA, DOT, and State of Oklahoma traffic safety laws, rules, and regulations.

11. Plaintiff's termination was motivated, at least in part, by Plaintiff's refusal to violate FMCSA, DOT, and State of Oklahoma traffic safety laws, rules, and regulations.

12. As a direct result of the Defendant's conduct, the Plaintiff has suffered wage loss (including back, present and front pay) and emotional distress/dignitary harm damages.

13. Terminating an individual for refusing to perform an act that is a violation of a clear mandate of Oklahoma public policy is prohibited by Oklahoma law.

14. The actual damages under Plaintiff's claims exceeds Ten Thousand

Dollars ($10,000.00).

## PRAYER

**WHEREFORE**, Plaintiff prays that this Court enter judgment in favor of the Plaintiff and against the Defendants and assess actual, compensatory, punitive damages together with pre- and post-judgment interest, costs, attorney's fees and such other relief as this Court may deem equitable and appropriate.

                                        /s/ D. Colby Addison
                                        _____
                                        D. Colby Addison, OBA #32718
                                        Leah M. Roper, OBA # 32107
                                        LAIRD HAMMONS LAIRD, PLLC
                                        1332 S.W. 89th Street
                                        Oklahoma City, OK 73159
                                        Telephone: 405.703.4567
                                        Facsimile: 405.703.4067
                                        E-mail:    colby@lhllaw.com
                                                              leah@lhllaw.com
                                        ATTORNEYS FOR PLAINTIFF

                                        **ATTORNEY LIEN CLAIMED**