**Capitol Corporate Services, Inc.**
PO Box 1831
Austin, TX 78767

Phone: (800) 345-4647  Fax: (800) 432-3622
rassop@capitolservices.com

# Service Of Process Transmittal Notice

| | | |
|---|---|---|
| RICHARD HOFFMAN<br>WINSTON & STRAWN LLP<br>1111 LOUISIANA ST 25 FL<br>HOUSTON TEXAS 77002-5242 | **Date Processed:** | 11/07/2018 |
| | **Completed By:** | AMY STOWE |
| | **Delivery Method to Client:** | FEDEX 2 DAY LETTER |
| | **Tracking Number:** | 736247394381 |

Enclosed please find legal documents received on behalf of the client named below. These documents are being forwarded in accordance with your instructions.

| Date / Time Received | Transmittal # | Delivered to Agent by |
|---|---|---|
| 11/07/2018 11:30 AM in OKLAHOMA | OK-158641 | CERTIFIED MAIL |

**With Regard to Client**
SCHLUMBERGER LIFT SOLUTIONS LLC

**Title of Case or Action**
JAMES HUMPHREY V SCHLUMBERGER LIFT SOLUTIONS, LLC, ET AL

| Case Number | Type of Document Served |
|---|---|
| CJ-2018-595 | COMPLAINT/PETITION |

**Court Name**
DISTRICT COURT - CANADIAN COUNTY, OK

**Note**


1-158641J

**EXHIBIT 2**



**LAIRD HAMMONS LAIRD**
TRIAL LAWYERS

1332 SOUTHWEST 89TH STREET
OKLAHOMA CITY, OK 73159

(405) 703 4567
(405) 703 4061 FAX

October 29, 2018

**MAILED**
OCT 29 2018

Schlumberger Lift Solutions, LLC
c/o Capitol Document Services, Inc.
101 N Robinson Ave., 13th Floor
Oklahoma City, OK 73102

**VIA U.S. CERTIFIED MAIL**

RE: *James Humphrey v Schlumberger Lift Solutions, LLC et al*
Canadian County Case No.: CJ-2018-595

To Whom It May Concern,

Enclosed please find copies of the following documents:

1. Filed Petition;
2. Filed Entry of Appearance for D. Colby Addison;
3. Filed Entry of Appearance for Leah M. Roper; and
4. Issued Summons to Schlumberger Lift Solutions, LLC

If you should have any questions or concerns, please do not hesitate to contact my office.

Yours truly,

LAIRD, HAMMONS, LAIRD, PLLC

COLBY ADDISON
Attorney at Law

cmw

Returned to Sender 11/6/18

---

JEFF R LAIRD PC
GARY G PROCHASKA PC
LAURA SAMS NEAL PLLC

CHRIS HAMMONS PC
TODD KERNAL PLLC
D COLBY ADDISON PLLC
LEAH M ROPER
OF COUNSEL:  JAMES M FORGOTSON III

JASON M HICKS PC
JONATHAN R ORTWEIN PLLC
AMANDA R EVERETT PLLC

ISSUED 10/18/18
MARIE HIRST
COURT CLERK, CANADIAN COUNTY

# IN THE DISTRICT COURT OF CANADIAN COUNTY
## STATE OF OKLAHOMA

JAMES HUMPHREY,

    Plaintiff,

vs.

(1) SCHLUMBERGER LIFT SOLUTIONS, LLC, a foreign limited liability company,

(2) PRODUCTS & LOGISTICS SERVICES, LLC d/b/a P&LS, a foreign limited liability company,

    Defendants.

Case No. CJ-2018-595

## SUMMONS

To the above-named Defendant:    Schlumberger Lift Solutions, LLC
c/o Capitol Document Services, Inc.
101 N Robinson Ave., 13th Floor
Oklahoma City, Oklahoma 73102

You have been sued by the above-named Plaintiff and you are directed to file a written Answer to the attached Petition in the Court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your Answer must be delivered or mailed to the attorney for Plaintiff.

Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

ISSUED this 10 day of October, 18.    **Marie Hirst**

Attorney for Plaintiff:
D. Colby Addison, OBA #32718
1332 SW 89th Street
Oklahoma City, OK 73159
Telephone: 405.703.4567
Facsimile: 405.703.4061
E-mail: colby@lhllaw.com

COURT CLERK (seal)

_____
Deputy Court Clerk

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.

Laird Hammons Laird
1332 S.W. 89th Street
Oklahoma City, OK 73159


CERTIFIED MAIL


7017 3040 0000 2291 9258

OKLAHOMA CITY
OK 730
06 NOV '18
PM 4 L




US POSTAGE
$ 04.13
Mailed From 73159
11/06/2018
031A 0004193209

Schlumberger Lift Solutions, LLC
c/o Capitol Document Services, Inc.
1833 S. Morgan Road
Oklahoma City, OK 73128

73128-700433