UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES HUMPHREY,<br><br>　　　Plaintiff,<br><br>v.<br><br>SCHLUMBERGER LIFT SOLUTIONS,<br>LLC and PRODUCT & LOGISTICS<br>SERVICES LLC d/b/a P&LS<br><br>　　　Defendants. | §<br>§　Civil Action No. _____<br>§<br>§<br>§<br>§　Judge _____<br>§<br>§　Magistrate Judge _____<br>§<br>§<br>§<br>§ |

## DECLARATION OF KELLY BURROWS

Pursuant to the provisions of 28 U.S.C. § 1746, I, Kelly Burrows, make the following declarations:

1.   I am over 18 years of age and competent to make this declaration. I have personal knowledge regarding the facts in this declaration.

2.   I am employed as Corporate Entity Specialist at Schlumberger Technology Corporation ("STC"). In this role, I am familiar with the corporate structure and management of Schlumberger Lift Solutions, LLC ("SLS"). SLS is a limited liability company formed under the laws of the State of Delaware. Its sole member is STC.

3.   In my role with STC, I am also familiar with the corporate structure and management of Product & Logistics Services LLC ("P&LS"). P&LS is also a limited liability company formed under the laws of the State of Delaware. Its sole member is STC.

4.   In my role as Corporate Entity Specilist with STC, I have personal knowledge that STC is a corporation organized under the laws of the State of Texas, with its principal place of business

**EXHIBIT 3**

in Sugarland, Texas.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 5th day of December, 2018.

_Kelly Burrows_
KELLY BURROWS