UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JAMES HUMPHREY,** § § **Plaintiff,** § § **v.** § § **SCHLUMBERGER LIFT SOLUTIONS, LLC and PRODUCT & LOGISTICS SERVICES LLC d/b/a P&LS** § § § § **Defendants.** § | **Civil Action No.** _____ **Judge** _____ **Magistrate Judge** _____ |

## DECLARATION OF JACKIE BROWN

Pursuant to the provisions of 28 U.S.C. § 1746, I, Jackie Brown, make the following declarations:

1. I am over 18 years of age and competent to make this declaration. I have personal knowledge regarding the facts in this declaration.

2. I am employed as the Vice President of Strategic Sales & Account Support for Elwood Staffing ("Elwood"). In this role, I am familiar with the payroll of contractors supplied by Elwood to Schlumberger Lift Solutions, LLC ("SLS") and Product & Logistics Services LLC ("P&LS").

3. Exhibit 1 to this declaration is an extract reflecting the gross pay of Mr. Humphrey for the duration of contract work he provided to SLS and P&LS. This is a true and correct copy of the extract of Mr. Humphrey's payroll records.

4. In 2017, Mr. Humphrey earned $1,160 for the week ending May 27; $1,220 for the week

**EXHIBIT 4**

ending June 3; $800 for the week ending June 10; $1,400 for the week ending June 17; $1,200 for the weeks ending June 24; $1,730 for the week ending July 1; $1,055 for the week ending July 8; and $595 for the week ending July 15.

5. Mr. Humphrey also received two payments of $800 on June 10 and June 24, 2017.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 4th day of December, 2018.

_____
JACKIE BROWN

| Check Date | Check # | Payment Method | Week Ending | ST Hours | OT Hours | Gross Pay | Withholdings | Deduction | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| 7/21/2017 | 9134199 | Direct Deposit | 7/15/2017 | 29.75 | 0 | 595 | 126.49 | 2.93 | 465.58 |
| 7/14/2017 | 9109695 | Direct Deposit | 7/8/2017 | 40 | 8.5 | 1055 | 273.97 | 2.93 | 778.1 |
| 7/7/2017 | 9081630 | Direct Deposit | 7/1/2017 | 40 | 31 | 1730 | 528.37 | 2.93 | 1198.7 |
| 6/30/2017 | 9060478 | Direct Deposit | 6/24/2017 | 40 | 0 | 1200 | 328.32 | 0 | 871.68 |
| 6/30/2017 | 9059332 | Direct Deposit | 6/24/2017 | 40 | 0 | 800 | 182.92 | 2.93 | 614.15 |
| 6/23/2017 | 9008177 | Direct Deposit | 6/11/2017 | 40 | 0 | 800 | 182.92 | 0 | 617.08 |
| 6/23/2017 | 9007701 | Direct Deposit | 6/17/2017 | 40 | 20 | 1400 | 403.62 | 0 | 996.38 |
| 6/16/2017 | 813842 | Regular Payroll | 6/10/2017 | 40 | 0 | 800 | 182.92 | 0 | 617.08 |
| 6/9/2017 | 8970077 | Direct Deposit | 6/3/2017 | 40 | 14 | 1220 | 335.85 | 0 | 884.15 |
| 6/2/2017 | 8951907 | Direct Deposit | 5/27/2017 | 40 | 12 | 1160 | 313.26 | 0 | 846.74 |

EXHIBIT 1