

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>CANADIAN COUNTY</u>, OKLAHOMA

| | |
|---|---|
| JAMES HUMPHREY,<br>    Plaintiff,<br>v.<br>SCHLUMBERGER LIFT SOLUTIONS LLC,<br>A FOREIGN LIMITED LIABILITY COMPANY,<br><br>PRODUCTS AND LOGISTICS SERVICES LLC, D/B/A P&LS A FOREIGN LIMITED LIABILITY COMPANY,<br>    Defendant(s). | No. CJ-2018-595<br>(Civil relief more than $10,000: WRONGFUL TERMINATION)<br><br>Filed: 10/18/2018<br><br>Judge: Hesse, Paul |

# PARTIES

HUMPHREY,  JAMES, Plaintiff
PRODUCTS AND LOGISTICS SERVICES LLC, Defendant
SCHLUMBERGER LIFT SOLUTIONS LLC, Defendant

# ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| ADDISON,  D  COLBY (Bar #32718)<br>LAIRD HAMMONS LAIRD PLLC<br>1322 SW 89TH STREET<br>OKLAHOMA CITY, OK 73159 | HUMPHREY,   JAMES |
| ROPER,  LEAH (Bar #32107)<br>LAIRD HAMMONS LAIRD PLLC<br>1332 SW 89TH STREET<br>OKLAHOMA CITY, OK 73159 | HUMPHREY,   JAMES |
| RUST,  JEFFERSON  I (Bar #16722)<br>TWO LEADERSHIP SQUARE, STE. 450<br>211 NORTH ROBINSON AVE<br>OKLAHOMA CITY, OK 73102 | SCHLUMBERGER LIFT SOLUTIONS LLC,<br>PRODUCTS AND LOGISTICS SERVICES LLC, |

# EVENTS

**EXHIBIT 5**

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**  Issue: WRONGFUL TERMINATION (TERMINATE)
Filed By: HUMPHREY, JAMES
Filed Date: 10/18/2018

| Party Name | Disposition Information |
|---|---|
| **Defendant:** SCHLUMBERGER LIFT SOLUTIONS LLC | |
| **Defendant:** PRODUCTS AND LOGISTICS SERVICES LLC | |

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 10-18-2018 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. // PETITION FILED  Document Available (#1041771690) TIFF PDF | 1 | HUMPHREY, JAMES | |
| 10-18-2018 | TERMINATE | WRONGFUL TERMINATION | | | |
| 10-18-2018 | DMFE | DISPUTE MEDIATION FEE | | | $ 7.00 |
| 10-18-2018 | PFE1 | PETITION | | | $ 163.00 |
| 10-18-2018 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 10-18-2018 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 10-18-2018 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| 10-18-2018 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 10-18-2018 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | |
| 10-18-2018 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | |
| 10-18-2018 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |
| 10-18-2018 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | $ 0.45 |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 10-18-2018 | DCADMIN155 | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | $ 0.23 |
| 10-18-2018 | DCADMIN05 | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | | $ 0.75 |
| 10-18-2018 | DCADMINCSF | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | |
| 10-18-2018 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 10-18-2018 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 10-18-2018 | SMIP | SUMMONS ISSUED TO ATTY FOR SERVICE UPON SCHLUMBERGER LIFT SOLUTIONS LLC<br>Document Available (#1041771686)  TIFF   PDF | | | $ 10.00 |
| 10-18-2018 | SMIP | SUMMONS ISSUED TO ATTY FOR SERVICE UPON PRODUCT & LOGISTICS SERVICES LLC<br>Document Available (#1041771682)  TIFF   PDF | | | $ 10.00 |
| 10-18-2018 | EAA | ENTRY OF APPEARANCE FILED<br>Document Available (#1041771678)  TIFF   PDF | | HUMPHREY, JAMES | |
| 10-18-2018 | EAA | ENTRY OF APPEARANCE FILED<br>Document Available (#1041771674)  TIFF   PDF | | HUMPHREY, JAMES | |
| 10-18-2018 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE HESSE, PAUL TO THIS CASE. | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 10-18-2018 | ACCOUNT | RECEIPT # 2018-578538 ON 10/18/2018. PAYOR: LAIRD HAMMONS LAIRD PPLC TOTAL AMOUNT PAID: $ 239.64. LINE ITEMS: CJ-2018-595: $183.00 ON AC01 CLERK FEES. CJ-2018-595: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL. CJ-2018-595: $0.66 ON AC31 COURT CLERK REVOLVING FUND. CJ-2018-595: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES. CJ-2018-595: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND. CJ-2018-595: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY. CJ-2018-595: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS. CJ-2018-595: $0.98 ON AC67 DISTRICT COURT REVOLVING FUND. CJ-2018-595: $25.00 ON AC79 OCIS REVOLVING FUND. CJ-2018-595: $10.00 ON AC81 LENGTHY TRIAL FUND. | | | |
| 11-27-2018 | EAA | ENTRY OF APPEARANCE FILED Document Available (#1042038628) TIFF PDF | | SCHLUMBERGER LIFT SOLUTIONS LLC | |
| 11-27-2018 | MO | UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS FILED Document Available (#1042038624) TIFF PDF | | SCHLUMBERGER LIFT SOLUTIONS LLC | |
| 12-03-2018 | O | ORDER FILED Document Unavailable (#1042037307) | | SCHLUMBERGER LIFT SOLUTIONS LLC | |